PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Johnny Lamont Jackson</u>　　　Case Number: <u>3:09-00099-5</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>December 13, 2010</u>

Original Offense: <u>21 U.S.C. § 846 Conspiracy to Distribute and to Possess with Intent to Distribute 5 Kilograms or More of Cocaine</u>

Original Sentence: <u>60 months' custody and three years' supervised release</u>

Type of Supervision: <u>Supervised release</u>　　　Date Supervision Commenced: <u>September 19, 2013</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>　　　Defense Attorney: <u>Patrick G. Frogge</u>

---

The Court orders:

　　☒ No Action Necessary at this Time
　　☐ Submit a Request for Modifying the Condition or Term of Supervision
　　☐ Submit a Request for Warrant or Summons
　　☐ Other

Considered this ____ day of _____, 2014, and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda Michele
U.S. Probation Officer

Place　　　Nashville

Date　　　September 18, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall not commit another federal, state, or local crime.** On May 26, 2014, Mr. Jackson was given a citation for the offense of Domestic Assault, a Class A misdemeanor, in Davidson County, Tennessee. According to the citation, Mr. Jackson was at his cousin's residence on May 26, 2014, and while there, an argument ensued amongst several family members. Mr. Jackson's cousin, the victim, was pushed in the altercation. The victim reported her back was hurting, but there were no signs of visible injuries.<br><br>On June 26, 2014, the charge of Domestic Assault was dismissed in the Davidson County General Sessions Court. |

**Compliance with Supervision Conditions and Prior Interventions:**
Johnny Lamont Jackson is employed, full-time, and lives in Hermitage, Tennessee. Mr. Jackson began his term of supervised release on September 19, 2013, and his supervision is due to terminate on September 18, 2016.

Following Mr. Jackson's citation for Domestic Assault, he was verbally reprimanded and cautioned about the legal ramifications of the associations that he chooses to be around, regardless of whether they are family or not. He continues to maintain steady employment and has not incurred any further violations.

**U.S. Probation Officer Recommendation:**
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Jackson remain on supervised release and not incur any future violations. Assistant U.S. Attorney Lynne Ingram has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer